UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| U.S. Bank National Association in its capacity as Indenture Trustee and not in its Individual Capacity,<br><br>Plaintiff,<br><br>vs.<br><br>Alliant Energy Resources, Inc., a Wisconsin corporation; and Alliant Energy Corporation, a Wisconsin corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Court File No. 08 CV 5111 MJD/JJK<br><br>**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Alliant Energy Resources, Inc., through its undersigned counsel, states that it is a wholly-owned subsidiary of defendant Alliant Energy Corporation. Defendant Alliant Energy Corporation, through its undersigned counsel, states that it does not have a parent company, and to its knowledge, no publicly traded company owns more than ten percent of its stock.

Dated:  September 30, 2008          Respectfully submitted,

s/ Ryan L. Nilsen
John D. Sear (#222252)
Ryan L. Nilsen (#304086)
Attorney for Defendants
Bowman and Brooke LLP
150 South Fifth Street, Suite 3000
Minneapolis, MN  55402
612-339-8682
612-672-3200 (FAX)

**OF COUNSEL:**

Foley & Lardner LLP
Thomas L. Shriner, Jr.
G. Michael Halfenger
Brian P. Keenan
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900 (FAX)